AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

KURI MANSA
*Plaintiff*
v.
MARATHON HEALTH, LLC
*Defendant*

Case No. 1:26-cv-02410-JRO-MG

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kuri Mansa .

Date: 11/09/2026

/s/ Gary M. Klinger
*Attorney's signature*

Gary M. Klinger (IL Bar No. 6303726)
*Printed name and bar number*

MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
*Address*

gklinger@milberg.com
*E-mail address*

(866) 252-0878
*Telephone number*

*FAX number*